| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Myles McGuire
Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
(312) 589-6370



FILED

2011 FEB 17 A 11: 45

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JUVENAL ROBLES, individually and on behalf of a class of similarly situated individuals,

    Plaintiff(s),

v.

LUCKY BRAND DUNGAREES, INC., a Delaware corporation,

    Defendant(s).

CASE NO. 5:10-cv-04846-HRL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Myles McGuire, an active member in good standing of the bar of Illinois Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff, Juvenal Robles in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Sean P. Reis, 30021 Tomas Street, Suite 300, Rancho Santa Margarita, CA 92688, (949) 459-2124

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/11/2011

Myles McGuire

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611009133
Cashier ID: harwellt
Transaction Date: 02/17/2011
Payer Name: Edelson McGuire LLC
------------------------------------
PRO HAC VICE
 For: Myles McGuire
 Case/Party: D-CAN-5-11-AT-PROHAC-001
 Amount:        $275.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 3561
 Amt Tendered: $275.00
------------------------------------
Total Due:        $275.00
Total Tendered:   $275.00
Change Amt:       $0.00

Case # 10-cv-4846-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```