SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
BRIAN BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
ELIZABETH S. BERMAN, Cal. Bar No. 252377
eberman@sheppardmullin.com
4 Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947

Attorneys for Defendant
LUCKY BRAND DUNGAREES, INC.

SEAN REIS (SBN 184004)
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Attorney for Plaintiff JUVENAL ROBLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL ROBLES,<br><br>Plaintiff,<br><br>v.<br><br>LUCKY BRAND DUNGAREES, INC.,<br><br>Defendant. | Case No. 10-cv-04846 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 4, 2011<br>Time: 10:30<br>Place: Courtroom 3, 5th Floor<br><br>The Honorable Jeremy Fogel |

Plaintiff Juvenal Robles and Defendant Lucky Brand Dungarees, Inc. ("Lucky Brand"), by and through their counsel, stipulate:

1. Plaintiff filed his Class Action Complaint on October 26, 2010, alleging defendant Lucky Brand violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, by sending an unsolicited text message to plaintiff's cellular telephone in the summer of 2008. (Dkt. No. 1.)

2. Lucky Brand answered the complaint on January 10, 2011, alleging, among other things, various defenses that included issues involving consent, authorization, and other elements of plaintiff's statutory claims. (Dkt. No. 15.)

3. On January 21, 2011, the Court held a case scheduling conference and ordered the parties to participate in a settlement conference before Magistrate Judge Lloyd and to return and report the result of that conference to the Court on March 4, 2011. (*See* Dkt. No. 18.)

4. Defendant Lucky Brand hired an ad agency, Lime Public Relations + Promotion, to conduct a promotional campaign. The ad agency hired subcontractors to structure and execute a text message element of the promotional campaign.

5. Although not presently parties to this litigation, both plaintiff and defendant believe the participation of these third parties in the settlement conference is necessary to ensure a productive settlement conference. In addition, most of the documents necessary to evaluate the strength of plaintiff's claim and defendant's defenses are in the possession of these third parties. Lucky Brand has issued subpoenas to Merkle, Inc. and Take 5 Solutions, LLC in order to collect their documents.

6. In light of these developments, the March 4th deadline to complete the settlement conference and report back to the Court does not allow the parties sufficient time to collect and evaluate this third party discovery or to coordinate the participation of these third parties in the settlement conference. Defendant Lucky Brand is actively arranging the attendance of these third parties for the ordered settlement conference.

-2-

7. The parties, therefore, respectfully request an additional forty-two (42) days to complete the settlement conference and further request the Court continue the March 4th Case Scheduling Conference to April 15, 2011 or to any date thereafter that is convenient to the Court.

**IT IS SO STIPULATED.**

Dated: February 11, 2011

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Brian R. Blackman*
CRAIG CARDON
BRIAN R. BLACKMAN
Attorneys for
Defendant LUCKY BRAND DUNGAREES, INC.

Dated: February 11, 2011

EDELSON MCGUIRE LLP

By     */s/ Sean Reis*
SEAN REIS
Attorneys for
Plaintiff JUVENAL ROBLES

# **CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Continuing The Case Management Conference. In compliance with General Order 45.X.B., I hereby attest that Sean P. Reis has concurred in this filing.

Dated: February 11, 2011

> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>
> By     */s/ Brian R. Blackman*
>         BRIAN R. BLACKMAN
>         Attorneys for
>         Defendant LUCKY BRAND DUNGAREES, INC.

-1-

1

## ORDER

2  Having considered the parties' stipulation and good cause appearing, the Court
3  continues the Case Scheduling Conference to April 15, 2011 at 10:30 a.m.

4  **IT IS SO ORDERED.**

5  Dated: February 24, 2011

6

7  _____
   The Honorable Jeremy Fogel
8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28