SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
BRIAN BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
ELIZABETH S. BERMAN, Cal. Bar No. 252377
eberman@sheppardmullin.com
4 Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947

Attorneys for Defendant
LUCKY BRAND DUNGAREES, INC.

SEAN REIS (SBN 184004)
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Attorney for Plaintiff JUVENAL ROBLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL ROBLES,<br><br>Plaintiff,<br><br>v.<br><br>LUCKY BRAND DUNGAREES, INC.,<br><br>Defendant. | Case No. 10-cv-04846 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Date: April 15, 2011<br>Time: 10:30<br>Place: Courtroom 3, 5th Floor<br><br>The Honorable Jeremy Fogel |

1    Plaintiff Juvenal Robles and Defendant Lucky Brand Dungarees, Inc. ("Lucky Brand"), by and through their counsel, stipulate:

2    1.   Plaintiff filed his Class Action Complaint on October 26, 2010, alleging defendant Lucky Brand violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, by sending an unsolicited text message to plaintiff's cellular telephone in the summer of 2008. (Dkt. No. 1.)

3    2.   Lucky Brand answered the complaint on January 10, 2011, alleging, among other things, various defenses that included issues involving consent, authorization, and other elements of plaintiff's statutory claims. (Dkt. No. 15.)

4    3.   On January 21, 2011, the Court held a case scheduling conference and ordered the parties to participate in a settlement conference before Magistrate Judge Lloyd and to return and report the result of that conference to the Court on March 4, 2011. (*See* Dkt. No. 18.)

5    4.   On February 24, 2011, the Court granted the parties' Stipulation to continue the March 4, 2011 status hearing so discovery related to third parties potentially involved in the text message promotional campaign at issue in the Complaint could be evaluated and to arrange the attendance of these third parties at the settlement conference. (Dkt. 24.)

6    5.   On March 25, 2011, counsel for the parties secured the first date available on Magistrate Judge Lloyd's calendar that was convenient for Plaintiff, Defendant, and the third parties Lime Public Relations + Promotion, Merkle, Inc., and Take 5 Solutions, LLC, which was April 29, 2011 at 9:30 a.m. (*See* Dkt. 29.)

7    6.   The parties, therefore, respectfully request the Court continue the April 15th Case Scheduling Conference to May 13, 2011 at 10:30 a.m. or to any date thereafter that is convenient to the Court.

**IT IS SO STIPULATED.**

Dated: April 8, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Brian R. Blackman*
CRAIG CARDON
BRIAN R. BLACKMAN
Attorneys for
Defendant LUCKY BRAND DUNGAREES, INC.

Dated: April 8, 2011

EDELSON MCGUIRE LLC

By  */s/ Ryan D. Andrews*
RYAN D. ANDREWS
SEAN REIS
Attorneys for
Plaintiff JUVENAL ROBLES

-2-

## **CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Continuing The Case Management Conference. In compliance with General Order 45.X.B., I hereby attest that Ryan D. Andrews has concurred in this filing.

Dated: April 8, 2011

         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


         By   */s/ Brian R. Blackman*
            BRIAN R. BLACKMAN
            Attorneys for
         Defendant LUCKY BRAND DUNGAREES, INC.

## **ORDER**

Having considered the parties' stipulation and good cause appearing, the Court continues the Case Scheduling Conference to May 13, 2011 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: April 13, 2011

_____
The Honorable Jeremy Fogel
United States District Judge