SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
BRIAN BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
ELIZABETH S. BERMAN, Cal. Bar No. 252377
eberman@sheppardmullin.com
4 Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

**E-Filed 5/10/2011**

Attorneys for Defendant
LUCKY BRAND DUNGAREES, INC.

SEAN REIS (SBN 184004)
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Attorney for Plaintiff JUVENAL ROBLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL ROBLES,<br><br>          Plaintiff,<br><br>     v.<br><br>LUCKY BRAND DUNGAREES, INC.,<br><br>          Defendant. | Case No. 10-cv-04846 JF (HRL)<br><br>**SUBSEQUENT CASE MANAGEMENT STATEMENT; STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Date:  May 13, 2011<br>Time:  10:30 a.m.<br>Place: Courtroom 3, 5th Floor<br><br>The Honorable Jeremy Fogel |

     Plaintiff Juvenal Robles and Defendant Lucky Brand Dungarees, Inc. ("Lucky Brand"), by and through their counsel, respectfully submit the following subsequent joint case management statement and stipulation to continue the case management conference presently set for May 13, 2011:

1. Plaintiff filed his Class Action Complaint on October 26, 2010, alleging defendant Lucky Brand violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, by sending an allegedly unsolicited text message to plaintiff's cellular telephone in the summer of 2008. (Dkt. No. 1.)

2. Lucky Brand answered the complaint on January 10, 2011, alleging, among other things, various defenses that included issues involving consent, authorization, and other elements of plaintiff's statutory claims. (Dkt. No. 15.)

3. On January 21, 2011, the Court held a case scheduling conference and ordered the parties to participate in a settlement conference before Magistrate Judge Lloyd and to return and report the result of that conference to the Court on March 4, 2011. (*See* Dkt. No. 18.)

4. On February 24, 2011, the Court granted the parties' Stipulation to continue the March 4, 2011 status hearing until April 15, 2011, so discovery related to third parties potentially involved in the text message promotional campaign at issue in the Complaint could be evaluated and to arrange the attendance of these third parties at the settlement conference. (Dkt. 24.)

5. On April 13, 2011, the Court again granted the parties' Stipulation to continue the case management conference until after the parties completed the settlement conference with Magistrate Judge Lloyd. (Dkt. 31.)

6. On April 29, 2011, Plaintiff, Defendant, third parties Lime Public Relations + Promotion, Merkle, Inc., and Take 5 Solutions, LLC, and certain insurers participated in a settlement conference with Judge Lloyd. At the settlement conference, Plaintiff, Defendant, the third parties, and insurers candidly discussed their various positions about the litigation and settlement. During these discussions, it was determined that limited focused discovery

-1-

1 or information was required to continue productive discussions toward resolution.  Upon the
2 recommendation of Judge Lloyd, Plaintiff, Defendant, the third parties, and insurers agreed
3 to return for a further settlement conference on June 23, 2011, at 10:00 a.m.  (*See* Dkt. 32.)
4 Plaintiff is currently in the process of diligently obtaining from additional third parties the
5 discovery and information needed to proceed with discussions of resolution at the further
6 settlement conference with Judge Lloyd.

7      7. The parties, therefore, respectfully request the Court continue the May 13th
8 Case Scheduling Conference to June 24, 2011 at 10:30 a.m. or to any date thereafter that is
9 convenient to the Court.

10 **IT IS SO STIPULATED.**

11 Dated:  May 9, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Brian R. Blackman*
       CRAIG CARDON
       BRIAN R. BLACKMAN
       Attorneys for
       Defendant LUCKY BRAND DUNGAREES, INC.

Dated:  May 9, 2011

EDELSON MCGUIRE LLC

By     */s/ Ryan D. Andrews*
       RYAN D. ANDREWS
       SEAN REIS
       Attorneys for
       Plaintiff JUVENAL ROBLES

## **CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Subsequent Case Management Statement; Stipulation And [Proposed] Order Continuing The Case Management Conference. In compliance with General Order 45.X.B., I hereby attest that Ryan D. Andrews has concurred in this filing.

Dated: May 9, 2011

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                              By        */s/ Brian R. Blackman*
                                       BRIAN R. BLACKMAN
                                       Attorneys for
                         Defendant LUCKY BRAND DUNGAREES, INC.

**ORDER**

Having considered the parties' stipulation and good cause appearing, the Court continues the Case Scheduling Conference to June 24, 2011 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: May 10, 2011

_____
The Honorable Jeremy Fogel
United States District Judge