

1  LOUIS H. CASTORIA (95768)
   Louis.Castoria@wilsonelser.com
2  SARA J. SAVAGE (199344)
   Sara.Savage@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
5  Tel: (415) 625-9315
   Fax: (415) 434-1370
6



7  Attorneys for Defendants
   KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND &
8  PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations +
   Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited
9  liability company

10

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JUVENAL ROBLES and ABEL FIGUEROA, individually and on behalf of a class of similarly situated individuals,<br><br>           Plaintiffs,<br>    v.<br><br>LUCKY BRAND DUNGAREES, INC., a Delaware corporation, KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No. 10-CV-04846 JF (HRL)<br><br>**APPLICATION OF DAVID S. SHEIFFER FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, DAVID S. SHEIFFER, an active member in good standing of the bar of the State of New York and the Southern District of the United States District Court in New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited

---

1

APPLICATION OF DAVID S. SHEIFFER FOR ADMISSION PRO HAC VICE

v.1

liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of the attorneys are: Louis H. Castoria and Sara J. Savage of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 525 Market Street, 17th Floor, San Francisco, California 94105, (415) 625-9315.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-12-2011

DAVID S. SHEIFFER