1  LATHAM & WATKINS LLP
    Matt Rawlinson (Bar No. 231890)
2  140 Scott Drive
    Menlo Park, California 94025
3  Telephone: (650) 328-4600
    Facsimile: (650) 463-2600
4  Email: Matt.Rawlinson@lw.com

5  Attorneys for Third-Party Defendant
    MERKLE, INC.
6

FILED

2011 SEP 22  A 10: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUVENAL ROBLES and ABEL FIGUEROA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LUCKY BRAND DUNGAREES, INC., a Delaware corporation, KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company<br><br>Defendants.<br><br>KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company<br><br>Third-Party Plaintiffs, | Case No. 5:10-CV-04846-JF (HRL)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

APPLICATION FOR ADMISSION *PRO HAC VICE*
Case No. 5:10-CV-04846-JF (HRL)

1  v.
2  MERKLE, INC., a Maryland Corporation
3
4  Third-Party Defendant.
5
6
7  Pursuant to Civil L.R. 11-3, Sarah M. Gragert, an active member in good standing of the bars of the Court of Appeals of Maryland and the District of Columbia, hereby applies for admission to practice in the Northern District of California on *a pro hac vice* basis representing Third Party Defendant Merkle, Inc. in the above-entitled action.

In support of this application, I certify by oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Matthew Rawlinson, Latham & Watkins LLP, 140 Scott Dr., Menlo Park, CA 94025, Telephone: (650) 328-4600.

Dated: September 16, 2011

*(signature)*
Sarah M. Gragert

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611010427
Cashier ID: harwellt
Transaction Date: 09/22/2011
Payer Name: Pacific Coast Legal Services
------------------------------------
PRO HAC VICE
 For: Peter L. Winik
 Case/Party: D-CAN-5-11-AT-PROHAC-001
 Amount:        $275.00
PRO HAC VICE
 For: Sarah M. Gragert
 Case/Party: D-CAN-5-11-AT-PROHAC-001
 Amount:        $275.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 2193
 Amt Tendered: $550.00
------------------------------------
Total Due:      $550.00
Total Tendered: $550.00
Change Amt:     $0.00

Case # 10-cv-4846-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```