LATHAM & WATKINS LLP
   Matt Rawlinson (Bar No. 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: Matt.Rawlinson@lw.com

Attorneys for Third-Party Defendant
MERKLE, INC.

FILED
2011 SEP 22  A 10: 46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

Paid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUVENAL ROBLES and ABEL FIGUEROA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LUCKY BRAND DUNGAREES, INC., a Delaware corporation, KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company<br><br>Defendants. | Case No. 5:10-CV-04846-JF (HRL)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company<br><br>Third-Party Plaintiffs, | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

APPLICATION FOR ADMISSION *PRO HAC VICE*
Case No. 5:10-CV-04846-JF (HRL)

1  v.

2  MERKLE, INC., a Maryland Corporation

3

4  Third-Party Defendant.

5

6      Pursuant to Civil L.R. 11-3, Peter L. Winik, an active member in good standing of
7  the bars of the Court of Appeals of Maryland and the District of Columbia, hereby applies for
8  admission to practice in the Northern District of California on *a pro hac vice* basis representing
9  Third Party Defendant Merkle, Inc. in the above-entitled action.
10     In support of this application, I certify by oath that:
11     1.  I am an active member in good standing of a United States Court or of the
12         highest court of another State or the District of Columbia, as indicated
13         above;
14     2.  I agree to abide by the Standards of Professional Conduct set forth in Civil
15         Local Rule 11-4, to comply with General Order No. 45, Electronic Case
16         Filing, and to become familiar with the Local Rules and the
17         Alternative Dispute Resolution programs of this Court; and,
18     3.  An attorney who is a member of the bar of this Court in good standing and
19         who maintains an office within the State of California has been designated
20         as co-counsel in the above-entitled action. The name, address and
21         telephone number of that attorney is: Matthew Rawlinson, Latham &
22         Watkins LLP, 140 Scott Dr., Menlo Park, CA 94025, Telephone: (650)
23         328-4600.

25  Dated: September 16, 2011                          _____
26                                                     Peter L. Winik