1  LATHAM & WATKINS LLP
     Matt Rawlinson (Bar No. 231890)
2  140 Scott Drive
   Menlo Park, California 94025
3  Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
4  Email: Matt.Rawlinson@lw.com

5  Attorneys for Third-Party Defendant
   MERKLE, INC.

6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  JUVENAL ROBLES and ABEL              Case No. 5:10-CV-04846-~~JF~~ ~~(HRL)~~ MMC
    FIGUEROA, individually and on behalf of a
13  class of similarly situated individuals,

14              Plaintiffs,                ~~(Proposed)~~ ORDER GRANTING
                                           APPLICATION FOR ADMISSION OF
15        v.                               ATTORNEY *PRO HAC VICE*

16  LUCKY BRAND DUNGAREES, INC., a
    Delaware corporation, KIRSHENBAUM
17  BOND SENECAL & PARTNERS LLC f/k/a
    KIRSHENBAUM BOND & PARTNERS
18  LLC, a Delaware limited liability company,
    d/b/a Lime Public Relations + Promotion, and
19  KIRSHENBAUM BOND & PARTNERS
    WEST LLC, a Delaware limited liability
20  company

21

22              Defendants.

23  KIRSHENBAUM BOND SENECAL &
    PARTNERS LLC f/k/a KIRSHENBAUM
24  BOND & PARTNERS LLC, a Delaware
    limited liability company, d/b/a Lime Public
25  Relations + Promotion, and KIRSHENBAUM
    BOND & PARTNERS WEST LLC, a
26  Delaware limited liability company

27

28              Third-Party Plaintiffs,

1          v.

2     MERKLE, INC., a Maryland Corporation

3

4          Third-Party Defendant.

5

6          Sarah M. Gragert, whose business address and telephone number is Latham &

7    Watkins LLP, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004-1304, Telephone:

8    202-637-2200, and who is an active member in good standing of the bars of the Court of Appeals

9    of Maryland and the District of Columbia, having applied in the above-entitled action for

10   admission to practice in the Northern District of California on *a pro hac vice* basis, representing

11   Third Party Defendant Merkle, Inc.,

12         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

13   and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro*

14   *hac vice.*  Service of papers upon and communication with co-counsel designated in the

15   application will constitute notice to the party.  All future filings in this action are subject to the

16   requirements contained in General Order No. 45, *Electronic Case Filing.*

17   Dated: October 26, 2011

18                                        United States District Judge
                                          Hon. ~~Jeremy Fogel~~ Maxine M. Chesney
19

20

21

22

23

24

25

26

27

28