1  LATHAM & WATKINS LLP
    Matt Rawlinson (Bar No. 231890)
2  140 Scott Drive
    Menlo Park, California 94025
3  Telephone: (650) 328-4600
    Facsimile: (650) 463-2600
4  Email: Matt.Rawlinson@lw.com

5  Attorneys for Third-Party Defendant
    MERKLE, INC.

RECEIVED
2011 SEP 22 A 10: 46

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JUVENAL ROBLES and ABEL FIGUEROA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LUCKY BRAND DUNGAREES, INC., a Delaware corporation, KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company<br><br>Defendants. | Case No. 5:10-CV-04846-~~JF (HRL)~~ MMC<br><br>**(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company<br><br>Third-Party Plaintiffs, | |

| | |
|---|---|
| 1 | v. |
| 2 | MERKLE, INC., a Maryland Corporation |
| 3 | |
| 4 | Third-Party Defendant. |
| 5 | |

Peter L. Winik, whose business address and telephone number is Latham & Watkins LLP, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004-1304, Telephone: 202-637-2200, and who is an active member in good standing of the bars of the Court of Appeals of Maryland and the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis representing Third Party Defendant Merkle, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 26, 2011

United States District Judge
Hon. ~~Jeremy Fogel~~ Maxine M. Chesney