SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
BRIAN BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
ELIZABETH S. BERMAN, Cal. Bar No. 252377
eberman@sheppardmullin.com
4 Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947

Attorneys for Defendant
LUCKY BRAND DUNGAREES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL ROBLES and ABEL FIGUEROA, individually and on behalf of a class of similarly situated individuals,<br><br>                            Plaintiffs,<br><br>       v.<br><br>LUCKY BRAND DUNGAREES, INC., a Delaware corporation, KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company,<br><br>                            Defendants. | Case No. 10-cv-04846 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Date:            January 20, 2012<br>Time:           10:30 a.m.<br>Courtroom:   7, 19th Floor<br><br>The Honorable  Maxine M. Chesney |

Plaintiffs Juvenal Robles and Abel Figueroa (collectively "Plaintiffs"), defendant Lucky Brand Dungarees, Inc. ("Lucky"), defendants Kirshenbaum Bond Senecal & Partners LLC, f/k/a Kirshenbaum Bond & Partners LLC, d/b/a Lime Public Relations + Promotion and Kirshenbaum Bond & Partners West LLC (collectively "Lime"), and third-party defendant Merkle, Inc. ("Merkle"), by and through their counsel, stipulate:

1.   Plaintiff Robles filed his Class Action Complaint on October 26, 2010, alleging defendant Lucky violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, by sending an allegedly unsolicited text message to plaintiff's cellular telephone in the summer of 2008. (Dkt. No. 1.)

2.   Lucky answered the complaint, alleging, among other things, various defenses that included issues involving consent, authorization, and other elements of plaintiff's statutory claim. (Dkt. No. 15.)

3.   On January 21, 2011, Judge Fogel held an initial case scheduling conference and ordered the parties to participate in a settlement conference before Magistrate Judge Lloyd and to return and report on the result of that conference. (Dkt. No. 18.)

4.   Plaintiff Robles and defendant Lucky participated in a settlement conference before Judge Lloyd on April 29, 2011. Lime, Merkle and Take 5 Solutions, LLC ("Take 5"), who were all third parties at the time, also participated in the settlement conference. At the settlement conference, plaintiff Robles, defendant Lucky, the third parties, and insurers candidly discussed their various positions about the litigation and settlement. During these discussions, it was determined that limited focused discovery or information was required to continue productive discussions toward resolution. Upon the recommendation of Judge Lloyd, plaintiff Robles, defendant Lucky, the third parties, and insurers agreed to return for a further settlement conference. (*See* Dkt. 32.)

5.   Prior to the further settlement conference, plaintiff Robles filed an Amended Complaint. (Dkt. 39.) The Amended Complaint alleges a single claim for violation of the TCPA, under the same general allegations stated in the original complaint, on behalf of both Juvenal Robles and Abel Figueroa. The Amended Complaint also adds Lime as a named defendant.

-1-

6. Lime and Lucky answered the Amended Complaint. (Dkt. 45 & 48.) Lime also filed a Third-Party Complaint against Merkle. (Dkt. 44). Merkle answered the third-party complaint and filed a fourth-party complaint against Take 5. (Dkt. 64 & 66.) Take 5 has not yet appeared in the action.

7. The parties participated in a further settlement conference before Judge Lloyd on September 21, 2011. The parties were able to advance their settlement discussion during the second settlement conference, but did not reach a final agreement. The parties agreed to continue those discussions in the context of a full days mediation and, in the interim, to limit activity in the case to only discovery necessary to complete mediation. The parties thereafter scheduled a full day mediation before Nicholas H. Politan in West Palm Beach, Florida and set the mediation for December 8, 2011.

8. On September 27, 2011, this matter was reassigned to this Court. (Dkt. 60.) By order dated September 30, 2011, the Court set a Case Management Conference for January 20, 2012.

9. Due to medical concerns involving a member of his family, Mediator Politan was forced to cancel the December 8th mediation. The parties have reset the mediation for January 26, 2012.

10. Based on the prior settlement discussions and the impending mediation, the parties jointly request the Court continue the January 20, 2012 Case Management Conference to February 10, 2012 or a date thereafter convenient to the Court.

**IT IS SO STIPULATED.**

Dated: January 9, 2012

                                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                      By      */s/ Brian R. Blackman*
                                                  CRAIG CARDON
                                                  BRIAN R. BLACKMAN
                                                  Attorneys for
                                                  Defendant LUCKY BRAND DUNGAREES, INC.

-3-

Dated: January 9, 2012

EDELSON MCGUIRE LLC

By  */s/ Ryan D. Andrews*
RYAN D. ANDREWS
SEAN REIS
Attorneys for
Plaintiff JUVENAL ROBLES

Dated: January 9, 2012

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By  */s/ Sara J. Savage*
DAVID SHEIFFER
SARA J. SAVAGE
Attorneys for
Defendants KIRSHENBAUM BOND SENECAL &
PARTNERS LLC and KIRSHENBAUM BOND &
PARTNERS WEST LLC

Dated: January 9, 2012

LATHAM & WATKINS LLP

By  */s/ Peter Winik*
PETER WINIK
MATTHEW RAWLINSON
SARAH GRAGERT
Attorneys for
Third-Party Defendant MERKLE, INC.

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Continuing The Case Management Conference. In compliance with General Order 45.X.B., I hereby attest that Ryan D. Andrews, Sara J. Savage and Peter Winik have concurred in this filing.

Dated: January 9, 2012

                                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                By      */s/ Brian R. Blackman*
                                           BRIAN R. BLACKMAN
                                               Attorneys for
                                 Defendant LUCKY BRAND DUNGAREES, INC.

## ORDER

Having considered the parties' stipulation and good cause appearing, the Court continues the January 20, 2012 Case Scheduling Conference to February 10, 2012 at 10:30 AM in Courtroom 7, 19th Floor.  A Joint Case Management Statement shall be filed no later than February 3, 2012.

**IT IS SO ORDERED.**

Dated: January <u>10</u>, 2012

*Maxine M. Chesney*
The Honorable Maxine M. Chesney
United States District Judge