1   SEAN REIS (SBN 184004)
    sreis@edelson.com
2   EDELSON MCGUIRE LLP
    30021 Tomas Street, Suite 300
3   Rancho Santa Margarita, CA 92688
    Telephone: (949) 459-2124
4   Facsimile: (949) 459-2123

5
    RYAN D. ANDREWS (*Pro Hac Vice*)
6   randrews@edelson.com
    EDELSON MCGUIRE, LLC
7   350 North LaSalle, Suite 1300
    Chicago, IL 60654
8   Telephone: (312) 589-6370
    Facsimile: (312) 589-6378
9

10  ATTORNEYS FOR PLAINTIFF

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14  JUVENAL ROBLES and ABEL FIGUEROA,        Case No. 10-cv-04846 MMC
    individually and on behalf of a class of
15  similarly situated individuals,          **STIPULATION AND [PROPOSED]**
                                             **ORDER CONTINUING THE CASE**
16              Plaintiffs,                   **MANAGEMENT CONFERENCE**

17          v.                               Date:        February 10, 2012
                                             Time:        10:30 a.m.
18  LUCKY BRAND DUNGAREES, INC., a           Courtroom:   7, 19th Floor
    Delaware corporation, KIRSHENBAUM
19  BOND SENECAL & PARTNERS LLC f/k/a
    KIRSHENBAUM BOND & PARTNERS              The Honorable Maxine M. Chesney
20  LLC, a Delaware limited liability company,
    d/b/a Lime Public Relations + Promotion, and
21  KIRSHENBAUM BOND & PARTNERS
    WEST LLC, a Delaware limited liability
22  company,

23              Defendants.

24

25

26

27

28

1    Plaintiffs Juvenal Robles and Abel Figueroa (collectively "Plaintiffs"), defendant Lucky

2 Brand Dungarees, Inc. ("Lucky"), defendants Kirshenbaum Bond Senecal & Partners LLC, f/k/a

3 Kirshenbaum Bond & Partners LLC, d/b/a Lime Public Relations + Promotion and Kirshenbaum

4 Bond & Partners West LLC (collectively "Lime"), third-party defendant Merkle, Inc. ("Merkle"),

5 and fourth-party defendant RGAR Holdings, LLC f/k/a Take 5 Solutions, LLC ("RGAR") (together

6 the "Parties"), by and through their counsel, stipulate:

7    1.    Plaintiff Robles filed his Class Action Complaint on October 26, 2010, alleging

8 defendant Lucky violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, by sending an

9 allegedly unsolicited text message to plaintiff's cellular telephone in the summer of 2008. (Dkt. 1.)

10    2.    Lucky answered the complaint, alleging, among other things, various defenses that

11 included issues involving consent, authorization, and other elements of plaintiff's statutory claim.

12 (Dkt. 15.)

13    3.    On January 21, 2011, Judge Fogel held an initial case scheduling conference and

14 ordered the parties to participate in a settlement conference before Magistrate Judge Lloyd and to

15 return and report on the result of that conference.  (Dkt. 18.)

16    4.    Plaintiff Robles and defendant Lucky participated in a settlement conference before

17 Judge Lloyd on April 29, 2011.  Lime, Merkle and RGAR, who were all third parties at the time,

18 also participated in the settlement conference.  At the settlement conference, plaintiff Robles,

19 defendant Lucky, the third parties, and insurers candidly discussed their various positions about the

20 litigation and settlement.  During these discussions, it was determined that limited focused

21 discovery or information was required to continue productive discussions toward resolution.  Upon

22 the recommendation of Judge Lloyd, plaintiff Robles, defendant Lucky, the third parties, and

23 insurers agreed to return for a further settlement conference.  (*See* Dkt. 32.)

24    5.    Prior to the further settlement conference, plaintiff Robles filed an Amended

25 Complaint.  (Dkt. 39.)  The Amended Complaint alleges a single claim for violation of the TCPA,

26 under the same general allegations stated in the original complaint, on behalf of both Juvenal

27 Robles and Abel Figueroa.  The Amended Complaint also adds Lime as a named defendant.

28

-1-

6.        Lime and Lucky answered the Amended Complaint.  (Dkts. 45 & 48.)  Lime also filed a Third-Party Complaint against Merkle.  (Dkt. 44).  Merkle answered the third-party complaint and filed a fourth-party complaint against RGAR.  (Dkts. 64 & 66.)

7.        The Parties participated in a further settlement conference before Judge Lloyd on September 21, 2011.  The Parties were able to advance their settlement discussion during the second settlement conference, but did not reach a final agreement.  The Parties agreed to continue those discussions in the context of a full days mediation and, in the interim, to limit activity in the case to only discovery necessary to complete mediation.  The Parties thereafter scheduled a full day mediation before the Honorable Nicholas H. Politan (Ret.) in West Palm Beach, Florida and set the mediation for December 8, 2011.

8.        On September 27, 2011, this matter was reassigned to this Court.  (Dkt. 60.)  By order dated September 30, 2011, the Court set a Case Management Conference for January 20, 2012.

9.        Due to medical concerns involving a member of his family, Judge Politan was forced to cancel the December 8th mediation, which was reset for January 26, 2012.

10.        Because of the rescheduled mediation, the Parties jointly requested that this Court reschedule the January 20, 2012 Case Management Conference to February 10, 2012 so that the mediation could be completed.

11.        On January 26, 2012, the Parties participated in a full day mediation with Judge Politan where the terms of a global settlement were negotiated.  At the conclusion of the mediation, and at the recommendation of Judge Politan, the Parties agreed to continue their negotiations with the assistance of the Judge for an additional thirty (30) days.  The Parties therefore request one final continuance of the Case Management Conference, until March 23, 2012, or a date thereafter convenient to the Court.

1  **IT IS SO STIPULATED.**

2  Dated:  February 2, 2012

3                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4

5                                    By          /s/ Brian R. Blackman
                                                 CRAIG CARDON
6                                                BRIAN R. BLACKMAN
                                                 Attorneys for
7                                    Defendant LUCKY BRAND DUNGAREES, INC.

8  Dated:  February 2, 2012

9                                    EDELSON MCGUIRE LLC

10

11                                   By          /s/ Ryan D. Andrews
                                                 RYAN D. ANDREWS
12                                               SEAN REIS
                                                 Attorneys for
13                                   Plaintiffs JUVENAL ROBLES and ABEL FIGUEROA

   Dated:  February 2, 2012

14

15                                   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

16                                   By          /s/ Sara J. Savage
                                                 DAVID SHEIFFER
17                                               SARA J. SAVAGE
                                                 Attorneys for
18                                   Defendants KIRSHENBAUM BOND SENECAL &
                                     PARTNERS LLC and KIRSHENBAUM BOND &
19                                               PARTNERS WEST LLC

20 Dated:  February 2, 2012

21                                   LATHAM & WATKINS LLP

22

23                                   By          /s/ Peter Winik
                                                 PETER WINIK
24                                               MATTHEW RAWLINSON
                                                 SARAH GRAGERT
25                                               Attorneys for
                                     Third-Party Defendant MERKLE, INC.
26

27

28

                                              -3-

1 │ Dated:  February 2, 2012

2 │                             MCDERMOTT WILL & EMERY, LLP

3

4 │                         By                  */s/ Daniel E. Alberti*

5 │                                   DANIEL E. ALBERTI
                                  Attorney for

6 │                          Fourth-Party Defendant RGAR HOLDINGS, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1

## <u>CERTIFICATION</u>

2       I, Ryan D. Andrews, am the ECF User whose identification and password are being used to

3  file this Subsequent Case Management Statement; Stipulation And [Proposed] Order Continuing

4  The Case Management Conference.  In compliance with General Order 45.X.B., I hereby attest that

5  the Counsel whose electronic signatures appear on this document have concurred in this filing.

6  Dated:  February 12, 2012

7                                EDELSON MCGUIRE LLC

8

9                       By        _____/s/ Ryan D. Andrews_____

10                                              RYAN D. ANDREWS
                                                   Attorneys for
                                 Plaintiffs JUVENAL ROBLES and ABEL FIGUEROA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1

### ORDER

2      Having considered the parties' stipulation and good cause appearing, the Court continues the

3   February 10, 2012 Case Scheduling Conference to March 23, 2012 at 10:30 AM in Courtroom 7,

4   19th Floor.

5      **IT IS SO ORDERED.**

6   Dated:  February _3_ , 2012

7

8   _____
    The Honorable Maxine M. Chesney

9   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-