United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUVENAL ROBLES,

    Plaintiff,

v.

LUCKY BRANDS DUNGAREES, INC., et al.,

    Defendants.

No. C-10-4846 MMC

**ORDER DIRECTING RGAR HOLDINGS, LLC TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On February 28, 2012, RGAR Holdings, LLC electronically filed its "Answer to Fourth-Party Complaint of Merkle Inc." RGAR Holdings, LLC has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

RGAR Holdings, LLC is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. RGAR Holdings, Inc. is hereby advised that if it fails in the future to

1  comply with General Order 45 and the Court's Standing Order to provide a chambers copy
2  of each electronically-filed document, the Court may impose sanctions, including, but not
3  limited to, striking from the record any electronically-filed document of which a chambers
4  copy has not been timely provided to the Court.

5  **IT IS SO ORDERED.**

7  Dated:  March 19, 2012

MAXINE M. CHESNEY
United States District Judge