| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | LATHAM & WATKINS LLP<br>   Andrew D. Prins<br>555 Eleventh Street NW, #1000<br>Washington, DC 20004<br>Telephone: (202) 637-3317<br>Facsimile: (202) 637-2201<br>Email: andrew.prins@lw.com<br><br>Attorney for Third-Party Defendant<br>MERKLE, INC. |

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11<br>12<br>13<br>14<br>15 | JUVENAL ROBLES and ABEL FIGUEROA, individually and on behalf of a class of similarly situated individuals,<br><br>      Plaintiffs,<br><br>  v. | Case No. 10-cv-04846 MMC<br><br>**(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| 16<br>17<br>18<br>19<br>20<br>21<br>22 | LUCKY BRAND DUNGAREES, INC., a Delaware corporation, KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company<br><br>      Defendants. | |
| 23<br>24<br>25<br>26<br>27<br>28 | KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company<br><br>      Third-Party Plaintiffs, | |

1     v.

2 MERKLE, INC., a Maryland Corporation

        Third-Party Defendant and
        Fourth-Party Plaintiff.

    v.

RGAR HOLDINGS, LLC, a Florida limited liability company, formerly known as TAKE 5 SOLUTIONS, LLC., a Florida limited liability company

        Fourth-Party Defendant.

    Andrew D. Prins, whose business address and telephone number is Latham & Watkins LLP, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004-1304, Telephone: 202-637-3317, and who is an active member in good standing of the bars of the Court of Appeals of Maryland and the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis, representing Third Party Defendant Merkle, Inc.,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: March 22, 2012

                                        United States District Judge
                                        Hon. Maxine Chesney