SEAN REIS (SBN 184004)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

RYAN D. ANDREWS (*Pro Hac Vice*)
randrews@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL ROBLES and ABEL FIGUEROA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LUCKY BRAND DUNGAREES, INC., a Delaware corporation, KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 10-cv-04846 MMC<br><br>**JOINT REPORT ON STATUS OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER CONTINUING STAY OF LITIGATION PENDING CLASS ACTION SETTLEMENT; DIRECTIONS TO PARTIES**<br><br>The Honorable Maxine M. Chesney |

JOINT REPORT AND [PROPOSED] ORDER
CONTINUING STAY OF LITIGATION                                                                 NO. 10-cv-04846 MMC

KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company,

        Third-Party Plaintiffs.

v.

MERKLE INC., a Maryland Corporation,

        Third-Party Defendant and Fourth-Party Plaintiff.

v.

RGAR HOLDINGS, LLC, a Florida limited liability company, formerly known as TAKE 5 SOLUTIONS, LLC., a Florida limited liability company.

        Fourth-Party Defendants.

Plaintiffs Juvenal Robles and Abel Figueroa (together, "Plaintiffs"), Defendant Lucky Brand Dungarees, Inc. ("Lucky"), Defendants Kirshenbaum Bond Senecal & Partners LLC, f/k/a Kirshenbaum Bond & Partners LLC, d/b/a Lime Public Relations + Promotion and Kirshenbaum Bond & Partners West LLC (together, "Lime"), Third-Party Defendant Merkle Inc. ("Merkle"), and Fourth-Party Defendant RGAR Holdings, LLC f/k/a Take 5 Solutions, LLC ("Take 5")(collectively, the "Parties"), by and through their counsel, submit the following Joint Statement on the Status of Settlement, and Stipulation to Continue the Stay of Proceedings for an additional thirty-five (35) days:

1. On May 25, 2012, the Parties submitted a Joint Stipulation announcing that they had reached an agreement as to the material terms of a class action settlement and requested that the Court stay all pending motion and discovery deadlines. (Dkt. 85.) On May 30, 2012, the Court granted the Stipulation and further instructed the Parties to file a Joint Stipulation on the status of the settlement or a motion for preliminary approval on or before July 13, 2012. (Dkt. 86.)

2. As was previously reported to the Court, the Parties were able to reach agreement only after engaging in two settlement conferences with Magistrate Judge Howard Lloyd and a one-day private mediation with the late Judge Politan. After Judge Politan unexpectedly passed away with his mediator's proposal pending (which were not ultimately accepted in full by all the Parties)the Parties engaged in settlement discussions amongst themselves and were able to reach an agreement as to all material terms of a class action settlement of this matter.

3. After reaching the agreement, Plaintiffs' counsel prepared and circulated a draft class action settlement agreement as well as draft notices announcing the proposed settlement and advising proposed members of the class of their rights. Counsel for each of the Defendants, as well as insurers, and representatives of the Defendants have reviewed and made edits to the initial draft.

4. Given the complexity of the agreement, the Parties are still working through certain issues that have arisen with the multiple rounds of edits that have occurred. For instance, Take 5 was not an original party to the agreement, but further negotiations have resulted in their inclusion.

5. In addition to preparing and finalizing the required settlement documents, the Parties have solicited proposals from four professional class action administrators for settlement

1  administration as well as a notice plan that provides the best notice practicable under the
2  circumstances in satisfaction of Rule 23 and Due Process.  The Parties are still in the process of
3  vetting the various proposals—and revisions thereof—but anticipate selecting a settlement
4  administrator in seven (7) days.

5  6. The Parties have been diligently working to finalize the papers setting forth the
6  settlement of this class action and they are substantially completed.  The Parties anticipate that the
7  settlement papers will be executed, and that Plaintiffswill move for preliminary approval of the
8  class action settlement if given an additional thirty-five (35) days.

9  7. The Parties therefore stipulate to staying all pending motion and discovery deadlines
10 in this case to allow them time to finish memorializing the settlement terms and finalizing the notice
11 plan.

13 **IT IS SO JOINTLY REPORTED AND STIPULATED.**

Dated:  July 13, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Brian R. Blackman*
CRAIG CARDON
BRIAN R. BLACKMAN
Attorneys for
Defendant LUCKY BRAND DUNGAREES, INC.

Dated:  July 13, 2012

EDELSON MCGUIRE LLC

By      */s/ Ryan D. Andrews*
RYAN D. ANDREWS
SEAN REIS
Attorneys for
Plaintiffs JUVENAL ROBLESand ABEL FIGUEROA

Dated:  July 13, 2012

          WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By     */s/ David Sheiffer*
     DAVID SHEIFFER
     SARA J. SAVAGE
     Attorneys for
Defendants KIRSHENBAUM BOND SENECAL & PARTNERS LLC and KIRSHENBAUM BOND & PARTNERS WEST LLC

Dated:  July 13, 2012

LATHAM & WATKINS LLP

By     */s/ Peter Winik*
     PETER WINIK
     MATTHEW RAWLINSON
     SARAH GRAGERT
     Attorneys for
     Third-Party Defendant MERKLE, INC.

Dated: July 13, 2012

MCDERMOTT WILL & EMERY LLP
Attorneys for RGAR Holdings, LLC


By     /s/ Peter J. Drobac
     Daniel E. Alberti
     Peter J. Drobac

## CERTIFICATION

I, Ryan D. Andrews, am the ECF User whose identification and password are being used to file this *Joint Report on Status of Settlementand Stipulation And [Proposed] Order Continuing Stay Pending Class Action Settlement*. In compliance with General Order 45.X.B., I hereby attest that the Counsel whose electronic signatures appear on this document have concurred in this filing and that the same will be delivered to those registered with the Court's CM/ECF system.

Dated: July 13, 2012

                            EDELSON MCGUIRELLC

                            By      */s/ Ryan D. Andrews*
                                    RYAN D. ANDREWS
                                         Attorneys for
                      Plaintiffs JUVENAL ROBLESand ABEL FIGUEROA

1 **ORDER**

2  Having considered the Parties Joint Report on the Status of Settlement and Stipulation and

3  good cause appearing, this litigation, including amended pleading deadlines, motion deadlines, and

4  all discovery obligations, shall be stayed for a period of thirty-five (35) days from the date of this

5  Order.

6  The parties are directed to file, no later than August 22, 2012, a Joint Status Report, said
deadline to stand vacated without further order of the Court in the event plaintiffs have filed, on or

7  before August 22, 2012, a motion for preliminary approval of the settlement.

8

9  **IT IS SO ORDERED.**

10  Dated:  July  18  , 2012

11

12  The Honorable Maxine M. Chesney
United States District Judge

13

JOINT REPORT AND [PROPOSED] ORDER           1
CONTINUING STAY OF LITIGATION                                              NO. 10-cv-04846 MMC