| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | A Limited Liability Partnership |
| 2 | Including Professional Corporations |
|   | P. CRAIG CARDON, Cal. Bar No. 168646 |
| 3 | ccardon@sheppardmullin.com |
|   | BRIAN BLACKMAN, Cal. Bar No. 196996 |
| 4 | bblackman@sheppardmullin.com |
|   | ELIZABETH S. BERMAN, Cal. Bar No. 252377 |
| 5 | eberman@sheppardmullin.com |
|   | 4 Embarcadero Center, 17th Floor |
| 6 | San Francisco, California  94111-4109 |
|   | Telephone:    415.434.9100 |
| 7 | Facsimile:    415.434.3947 |
| 8 | Attorneys for Defendant |
|   | LUCKY BRAND DUNGAREES, INC. |
| 9 | |
| 10 | RYAN D. ANDREWS (Admitted Pro Hac Vice) |
|    | Edelson McGuire LLC |
| 11 | 350 North LaSalle, Suite 1300 |
|    | Chicago, Illinois, 60654 |
| 12 | Telephone: 312.589.6374 |
|    | Facsimile: 312.589.6378 |
| 13 | |
| 14 | Attorney for Plaintiff JUVENAL ROBLES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL ROBLES and ABEL FIGUEROA, individually and on behalf of a class of similarly situated individuals, | Case No. 10-cv-04846 MMC |
| Plaintiffs, | **JOINT REPORT ON STATUS OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER CONTINUING STAY OF LITIGATION PENDING CLASS ACTION SETTLEMENT** |
| v. | |
| LUCKY BRAND DUNGAREES, INC., a Delaware corporation, KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company, | The Honorable Maxine M. Chesney |
| Defendants. | |

| | |
|---|---|
| 1 | KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company, |

Third-Party Plaintiffs.

v.

MERKLE INC., a Maryland Corporation,

Third-Party Defendant and
Fourth-Party Plaintiff.

v.

RGAR HOLDINGS, LLC, a Florida limited liability company, formerly known as TAKE 5 SOLUTIONS, LLC., a Florida limited liability company.

Fourth-Party Defendants.

Plaintiffs Juvenal Robles and Abel Figueroa (together, "Plaintiffs"), Defendant Lucky Brand Dungarees, Inc. ("Lucky"), Defendants Kirshenbaum Bond Senecal & Partners LLC, f/k/a Kirshenbaum Bond & Partners LLC, d/b/a Lime Public Relations + Promotion and Kirshenbaum Bond & Partners West LLC (together, "Lime"), Third-Party Defendant Merkle Inc. ("Merkle"), and Fourth-Party Defendant RGAR Holdings, LLC f/k/a Take 5 Solutions, LLC ("Take 5") (collectively, the "Parties"), by and through their counsel, submit the following Joint Statement on the Status of Settlement, and Stipulation to Continue the Stay of Proceedings for an additional two weeks:

1.  On May 25, 2012, the Parties submitted a Joint Stipulation announcing that they had reached an agreement as to the material terms of a class action settlement and requested that the Court stay all pending motion and discovery deadlines.  (Dkt. 85.)

2.  On May 30, 2012, the Court granted the Stipulation and further instructed the Parties to file a Joint Status Report on the status of the settlement or a motion for preliminary approval on or before July 13, 2012.  (Dkt. 86.)

3.  On July 13 2012, the Parties applied for an extension of the stay to allow additional time to complete the necessary settlement documents.  (Dkt. 87.)  The Court granted a thirty-five (35) day extension of the stay on July 18, 2012 and instructed the Parties to file a Joint Status Report on or before August 22, 2012.  (Dkt. 88.)

4.  As has been previously reported to the Court, the Parties were able to reach agreement only after engaging in two settlement conferences with Magistrate Judge Howard Lloyd and a one-day private mediation with the late Judge Politan.  After Judge Politan unexpectedly passed away with his mediator's proposal pending (which was not ultimately accepted in full by all the Parties) the Parties engaged in settlement discussions amongst themselves and were able to reach an agreement as to all material terms of a class action settlement of this matter.

5.  After reaching the agreement, Plaintiffs' counsel prepared and circulated a draft class action settlement agreement as well as draft notices announcing the proposed settlement and advising proposed members of the class of their rights.  Counsel for each of the Defendants, as well

1 as insurers, and representatives of the Defendants have reviewed and edited several drafts of the
2 settlement agreement and notices.

3      6.     In addition to preparing and finalizing the required settlement documents, the Parties
4 solicited proposals from four professional class action administrators for settlement administration
5 as well as a notice plan that provides the best notice practicable under the circumstances in
6 satisfaction of Rule 23 and due process.  The Parties have selected the class action administrator and
7 expect to receive this week a finalized version of the administration and notice plan for final
8 approval from all Parties and insurers.

9      7.     The Parties have been diligently working to finalize the papers setting forth the
10 settlement of this class action and they are substantially completed.  The Parties, however, require
11 an additional two weeks to complete the settlement papers.  The Parties anticipate moving for
12 Preliminary Approval on or before September 7, 2012.  Based on that filing date, the Parties are
13 looking at a hearing for preliminary approval, to the extent the Court requires one, on either
14 October 19 or 26, 2012 at 9:00 AM.

15      8.     The Parties therefore stipulate to extending the stay on all pending motion and
16 discovery deadlines in this case to and including September 7, 2012 to allow them time to finish
17 memorializing the settlement terms and finalizing the notice plan.

**IT IS SO JOINTLY REPORTED AND STIPULATED.**

Dated:  August 22, 2012

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          By     */s/ Brian R. Blackman*
              CRAIG CARDON
              BRIAN R. BLACKMAN
              Attorneys for
              Defendant LUCKY BRAND DUNGAREES, INC.

Dated: August 22, 2012

          EDELSON MCGUIRE LLC

          By       */s/ Ryan D. Andrews*
                   RYAN D. ANDREWS
                   SEAN REIS
                   Attorneys for
          Plaintiffs JUVENAL ROBLES and ABEL FIGUEROA

Dated: August 22, 2012

          WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

          By       */s/ Sara J. Savage*
                   DAVID SHEIFFER
                   SARA J. SAVAGE
                   Attorneys for
          Defendants KIRSHENBAUM BOND SENECAL &
          PARTNERS LLC and KIRSHENBAUM BOND &
                 PARTNERS WEST LLC

Dated: August 22, 2012

          LATHAM & WATKINS LLP

          By       */s/ Peter Winik*
                   PETER WINIK
                   MATTHEW RAWLINSON
                   SARAH GRAGERT
                   Attorneys for
          Third-Party Defendant MERKLE, INC.

Dated: August 22, 2012

          MCDERMOTT WILL & EMERY LLP
          Attorneys for RGAR Holdings, LLC


          By    */s/ Peter J. Drobac*
                 Daniel E. Alberti
               Peter J. Drobac

## ORDER

Having considered the Parties' Joint Report on the Status of Settlement and Stipulation and good cause appearing, this litigation, including amended pleading deadlines, motion deadlines, and all discovery obligations, shall be stayed to and including September 7, 2012.

The parties are directed to file, no later than September 7, 2012, a Joint Status Report, said deadline to stand vacated without further order of the Court in the event plaintiffs have filed, on or before September 7, 2012, a motion for preliminary approval of the settlement.

**IT IS SO ORDERED.**

Dated:  August 23, 2012

_____
The Honorable Maxine M. Chesney
United States District Judge