SEAN P. REIS (No. 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: 949.459.2124

RYAN D. ANDREWS (Admitted *Pro Hac Vice*)
randrews@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle, Suite 1300
Chicago, Illinois, 60654
Telephone: 312.589.6374
Facsimile: 312.589.6378

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL ROBLES and ABEL FIGUEROA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LUCKY BRAND DUNGAREES, INC., a Delaware corporation, KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>KIRSHENBAUM BOND SENECAL & PARTNERS LLC f/k/a KIRSHENBAUM BOND & PARTNERS LLC, a Delaware limited liability company, d/b/a Lime Public Relations + Promotion, and KIRSHENBAUM BOND & PARTNERS WEST LLC, a Delaware limited liability company, | Case No. 10-cv-04846 MMC<br><br>**JOINT REPORT ON STATUS OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER CONTINUING STAY OF LITIGATION PENDING CLASS ACTION SETTLEMENT**<br><br>The Honorable Maxine M. Chesney |

1           Third-Party Plaintiffs.

2    v.

3 MERKLE INC., a Maryland Corporation,

5          Third-Party Defendant and
         Fourth-Party Plaintiff.

7    v.

8 RGAR HOLDINGS, LLC, a Florida limited liability company, formerly known as TAKE 5 SOLUTIONS, LLC., a Florida limited liability company.

11          Fourth-Party Defendants.

Plaintiffs Juvenal Robles and Abel Figueroa (together, "Plaintiffs"), Defendant Lucky Brand Dungarees, Inc. ("Lucky"), Defendants Kirshenbaum Bond Senecal & Partners LLC, f/k/a Kirshenbaum Bond & Partners LLC, d/b/a Lime Public Relations + Promotion and Kirshenbaum Bond & Partners West LLC (together, "Lime"), Third-Party Defendant Merkle Inc. ("Merkle"), and Fourth-Party Defendant RGAR Holdings, LLC f/k/a Take 5 Solutions, LLC ("Take 5") (collectively, the "Parties"), by and through their counsel, submit the following Joint Report on the Status of Settlement, and Stipulation to Continue the Stay of Proceedings for an additional fourteen (14) days:

1. On May 25, 2012, the Parties submitted a Joint Stipulation announcing that they had reached an agreement as to the material terms of a class action settlement and requested that the Court stay all pending motion and discovery deadlines. (Dkt. 85.)

2. On May 30, 2012, the Court granted the Stipulation and further instructed the Parties to file a Joint Status Report on the status of the settlement or a motion for preliminary approval on or before July 13, 2012. (Dkt. 86.)

3. On July 13 2012, the Parties applied for an extension of the stay to allow additional time to complete the necessary settlement documents. (Dkt. 87.) The Court granted a thirty-five (35) day extension of the stay on July 18, 2012 and instructed the Parties to file a Joint Status Report on or before August 22, 2012. (Dkt. 88.)

4. On August 22, 2012, the Parties filed their third request to continue the stay, reporting that Counsel for each of the Defendants, as well as insurers, and representatives of the Defendants have reviewed and edited several drafts of the settlement agreement and that the Parties had selected the class action administrator who was in the process of revising the notice plan for final approval from all Parties and insurers.

5. On August 29, 2012, a version of the settlement agreement, accompanying exhibits, and notice plan was agreed to by counsel and circulated to the Plaintiffs and Defendants for signature. On August 30, 2012, Lucky identified additional revisions to the settlement agreement, notices, and notice plan, which were circulated to counsel for the other Parties on September 6, 2012. The Parties are now working diligently to finalize the papers setting forth the settlement of

1

1  this class action and they remain close to complete.  The Parties, however, again require an
2  additional two weeks to complete the settlement papers.  The Parties now anticipate moving for
3  Preliminary Approval on or before September 21, 2012.  Based on that filing date, the Parties are
4  looking at a hearing for preliminary approval, to the extent the Court requires one, on either October
5  26, 2012 or November 2, 2012 at 9:00 AM.

6      6.    The Parties therefore stipulate to extending the stay on all pending motion and
7  discovery deadlines in this case to and including September 21, 2012, to allow them time to finish
8  memorializing the settlement terms and finalizing the notice plan.

**IT IS SO JOINTLY REPORTED AND STIPULATED.**

Dated: September 7, 2012

                      EDELSON MCGUIRE LLC

               By    */s/ Ryan D. Andrews*
                      RYAN D. ANDREWS
                      SEAN REIS
                      Attorneys for
                      Plaintiffs JUVENAL ROBLES and ABEL FIGUEROA

Dated: August 22, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Brian R. Blackman*
CRAIG CARDON
BRIAN R. BLACKMAN
Attorneys for
Defendant LUCKY BRAND DUNGAREES, INC.

Dated: September 7, 2012

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By    */s/ Sara J. Savage*
DAVID SHEIFFER
SARA J. SAVAGE
Attorneys for
Defendants KIRSHENBAUM BOND SENECAL & PARTNERS LLC and KIRSHENBAUM BOND & PARTNERS WEST LLC

Dated: September 7, 2012

LATHAM & WATKINS LLP

By    */s/ Peter Winik*
PETER WINIK
MATTHEW RAWLINSON
SARAH GRAGERT
Attorneys for
Third-Party Defendant MERKLE, INC.

Dated: September 7, 2012

MCDERMOTT WILL & EMERY LLP

By    */s/ Peter J. Drobac*
DANIEL E. ALBERTI
PETER J. DROBAC
Attorneys for
Fourth-Party Defendant RGAR HOLDINGS, LLC

## CERTIFICATION

I, Ryan D. Andrews, am the ECF User whose identification and password are being used to file this Joint Case Management Statement and Request to Continue. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Brian R. Blackman, Sara J. Savage, Peter Winik, and Peter J. Drobac have concurred in this filing.

Dated:  September 7, 2012

                        EDELSON MCGUIRE LLC

                        By        */s/ Ryan D. Andrews*
                              RYAN D. ANDREWS
                              SEAN REIS
                              Attorneys for
                   Plaintiffs JUVENAL ROBLES and ABEL FIGUEROA

1

# ORDER

Having considered the Parties' Joint Report on the Status of Settlement and Stipulation and good cause appearing, this litigation, including amended pleading deadlines, motion deadlines, and all discovery obligations, shall be stayed to and including September 21, 2012.

The parties are directed to file, no later than September 21, 2012, a Joint Status Report, said deadline to stand vacated without further order of the Court in the event plaintiffs have filed, on or before September 21, 2012, a motion for preliminary approval of the settlement.

**IT IS SO ORDERED.**

Dated: September 10, 2012

The Honorable Maxine M. Chesney
United States District Judge